WALTER J. McCLELLAND, Appellant, *v.* CLIMAX HOSIERY MILLS, Respondent.

(Submitted March 17, 1930; decided March 25, 1930.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 252 N. Y. 347.)